UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDELL HAMMOND,

    Plaintiff,                 No. 15-12051

v.                             District Judge Paul D. Borman
                                Magistrate Judge R. Steven Whalen

CITY OF TROY, ET AL.,

    Defendants.
_____/

**ORDER**

    Before the Court is Plaintiff's Motion for Discovery and Production of Documents [Doc. #11].

    First, "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)" of the Federal Rules of Civil Procedure. Thus, Plaintiff's request for discovery is premature.

    Secondly, once discovery commences, requests for production of documents and interrogatories are directed to the party from whom discovery is sought, under Fed.R.Civ.P. 34 and 33, respectively, not to the Court.

For these reasons, Plaintiff's motion [Doc. #11] is DENIED.

IT IS SO ORDERED.

                                          s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: June 17, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 17, 2015, electronically and/or by U.S. mail.

                                          s/Carolyn M. Ciesla
                                          Case Manager to the
                                          Honorable R. Steven Whalen