UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDELL HAMMOND,

       Plaintiff,                      No. 15-12051

v.                                  District Judge Paul D. Borman
                                   Magistrate Judge R. Steven Whalen

CITY OF TROY, ET AL.,

       Defendants.
_____/

## ORDER DIRECTING MARSHAL'S SERVICE

      Plaintiff Ledell Hammond was granted leave to proceed *in forma pauperis* on June 10, 2015 [Doc. #4]. Pursuant to Fed.R.Civ.P. 4(c)(3), the United States Marshal is directed to serve a summons and copy of the complaint on Defendant A&M Service Center & Towing, 999 Rochester Road, Troy, MI 48084.

      IT IS SO ORDERED.

                                                  s/ R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: June 19, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 19, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen