UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDELL HAMMOND,

    Plaintiff,                              No. 15-12051

v.                                        District Judge Paul D. Borman
                                           Magistrate Judge R. Steven Whalen

CITY OF TROY, ET AL.,

    Defendants.

_____/

**ORDER**

        On June 5, 2015, Plaintiff Ledell Hammon filed a *pro se* civil complaint against Defendants Troy Police Department, 52-4 District Court, and A&M Service Center & Towing.[1] Plaintiff has moved for the appointment of counsel [Doc. #25].

        Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

---

[1] A&M Service Center has not been served.

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. At this stage of the proceedings, Plaintiffs' request for counsel is premature.

Accordingly, Plaintiffs' Motion to Appoint Counsel [Docket #25] is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
United States Magistrate Judge

Dated: October 8, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 8, 2015, electronically and/or by U.S. mail.

s/C. Ciesla
Case Manager