UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDELL HAMMOND,

    Plaintiff,                                        No. 15-12051

v.                                                 District Judge Paul D. Borman
                                                  Magistrate Judge R. Steven Whalen

CITY OF TROY, ET AL.,

    Defendants.

                                                 /

## ORDER

      Before the Court is Plaintiff Ledell Hammond's Motion for Scheduling Order for Discovery [Doc. #20].

      Defendants Troy Police Department and 52-4 District Court have each filed motions to dismiss under Fed.R.Civ.P. 12(b)(6). Plaintiff's responses to these motions are due on October 22, 2015. It would be prudent to stay discovery pending resolution of these dispositive motions. Therefore,

      Plaintiff's motion for scheduling order [Doc. #20] is DENIED WITHOUT PREJUDICE.

      Discovery is STAYED pending final decision on the Defendants' motions to dismiss.

      IT IS SO ORDERED.

                                                                 s/R. Steven Whalen
                                                                 R. STEVEN WHALEN
                                                                 United States Magistrate Judge

Dated: October 8, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 8, 2015, electronically and/or by U.S. mail.

                                                                s/C. Ciesla
                                                                Case Manager