UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDELL HAMMOND,

    Plaintiff,                            No. 15-12051

v.                                         District Judge Paul D. Borman
                                            Magistrate Judge R. Steven Whalen

CITY OF TROY, ET AL.,

    Defendants.
_____/

## ORDER

    Plaintiff's Motion for Waiver of Service Fees and Request for U.S. Marshal's Service [Doc. #23] is GRANTED IN PART AND DENIED IN PART.

    The Court has already ordered Marshal's service on Defendant A&M Service Center and Towing [Doc. #15], the only Defendant that has not yet been served. The present request for Marshal's service is therefore DENIED AS MOOT.

    However, given Plaintiff's IFP status, the motion to waive service fees is GRANTED.

    IT IS SO ORDERED.

                                                   s/ R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: February 28, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 28, 2016, electronically and/or by U.S. mail.

                                                                   s/Carolyn M. Ciesla
                                                                   Case Manager to the
                                                                   Honorable R. Steven Whalen