UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDELL HAMMOND,

      Plaintiff,                            Case No. 15-12051

v.                                         Paul D. Borman
                                            United States District Judge

CITY OF TROY, ET AL.,

                                            R. Steven Whalen
      Defendants.                        United States Magistrate Judge
_____/

<u>OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION (ECF NO. 51); (2) GRANTING DEFENDANT 52-4
DISTRICT COURT'S MOTION TO DISMISS (ECF NO. 34); AND (3)
DISMISSING WITH PREJUDICE THE CLAIMS AGAINST DEFENDANT 52-4
DISTRICT COURT</u>

Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation recommending that the Court grant Defendant 52-4 District Court's Motion to Dismiss based upon Eleventh Amendment immunity. (ECF No. 51, Report and Recommendation). Plaintiff did not file an objection to the Report and Recommendation.

Having reviewed the Report and Recommendation and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 51), GRANTS Defendant 52-4 District Court's Motion to Dismiss (ECF No. 34), and

DISMISSES WITH PREJUDICE the claims against Defendant 52-4 District Court.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 21, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 21, 2016.

s/Deborah Tofil

Case Manager