UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDELL HAMMOND,

    Plaintiff,

v.

CITY OF TROY, ET AL.,

    Defendants.

_____/

Case No. 15-12051

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 55) AND DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANT RUTH JOHNSON, THE MICHIGAN SECRETARY OF STATE

Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation recommending that the Court *sua sponte* dismiss Defendant Ruth Johnson, the Michigan Secretary of State based on Eleventh Amendment immunity and a lack of subject matter jurisdiction. (ECF No. 55, Report and Recommendation). Plaintiff did not file an objection to the Report and Recommendation.

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 55) and

DISMISSES WITH PREJUDICE the claims against Defendant Ruth Johnson.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 21, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 21, 2016.

s/Deborah Tofil
Case Manager