UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDELL HAMMOND,

      Plaintiff,                                    Case No. 15-12051

v.                                                  Paul D. Borman
                                                     United States District Judge

CITY OF TROY, ET AL.,

                                                     R. Steven Whalen
      Defendants.                          United States Magistrate Judge

_____/

OPINION AND ORDER
(1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 66); (2) DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANT A&M TOWING; AND (3) CLOSING THIS CASE

      Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation recommending that the Court *sua sponte* dismiss Defendant A&M Towing, the last remaining defendant in this action, for lack of subject matter jurisdiction because the claims are "devoid of merit" and "no longer open to discussion." (ECF No. 66, Report and Recommendation). Plaintiff did not file an objection to the Report and Recommendation.

      Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 66) and DISMISSES WITH PREJUDICE the claims against Defendant A&M Towing and CLOSES this case.

      IT IS SO ORDERED.

                                                        s/Paul D. Borman
                                                        PAUL D. BORMAN
Dated: June 7, 2016                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 7, 2016.

                                              s/Deborah Tofil
                                              Case Manager